

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

cstieber@seyfarth.com
T (212) 218-5530

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022

October 26, 2022

**MEMO ENDORSED**

VIA ECF

The Honorable Judge Colleen McMahon
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Joseph Kent Moore v. Sterling Infosystems, Inc.**
      **Case No. 1:22-cv-08335 (S.D.N.Y.) Stipulated Extension Request**

[Signature: Colleen McMahon 10/27/2022]

Your Honor:

This Firm represents Defendant Sterling Infosystems, Inc. ("Sterling") in the above-referenced action. Consistent with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer or otherwise respond to the Complaint of Plaintiff Joseph Kent Moore ("Plaintiff"). We make this request with the consent of Plaintiff's counsel.

Sterling and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, Sterling respectfully requests an extension of the deadline to respond to Plaintiff's Complaint from its current deadline of October 27, 2022 up to and including November 17, 2022.

This is Sterling's first request for an extension and does not affect any other scheduled dates. This request is made in good faith and not for the purpose of causing undue delay. We further apologize for the late request, as the undersigned counsel only learned of service in this matter on October 25, 2022 and secured Plaintiff's consent to the extension this morning.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Courtney Stieber*

Courtney Stieber

CS/nlb
cc:   All Counsel (via ECF)

88417439v.1